# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-2935

_____

Samuel Hernandez

*Petitioner*

v.

Railroad Retirement Board

*Respondent*

_____

Petition for Review of an Order of the
Railroad Retirement Board

_____

Submitted: May 17, 2013
Filed: May 29, 2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Samuel Hernandez petitions for review of the Railroad Retirement Board's (Board's) final decision adopting a hearings officer's determination that Hernandez is not entitled to a waiver of recovery of disability-annuity overpayments and is subject to a penalty for not timely reporting earnings over the allowable amount. Hernandez offers no valid basis for overturning the Board's decision; and upon careful

review of the relevant record, we conclude that the Board's decision is supported by substantial evidence, is not arbitrary, and has a reasonable basis in the law, <u>see</u> <u>Worms v. R.R. Ret. Bd.</u>, 255 F.3d 502, 505 (8th Cir. 2001). Accordingly, the Board is affirmed. <u>See</u> 8th Cir. R. 47B.

_____